UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA JANETTE BRANSON, | Case No.  1:26-cv-05043-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On June 30, 2026, Plaintiff Laura Janette Branson ("Plaintiff") filed this action for review of the Commissioner of Social Security's denial of Plaintiff's application for benefits. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). But Plaintiff's application is insufficient for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Based on Plaintiff's application, it is unclear whether Plaintiff is married and benefiting from an additional income source. (*See* ECF No. 2.) Having considered the application, the court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the court will order Plaintiff to complete and file an application to proceed in district court without prepaying fees or costs (long form) – AO 239.  Plaintiff is instructed

not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that she intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.      The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2       Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239; and

3.      If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:    **July 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2