UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA JANETTE BRANSON,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-05043-FJS

ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER

(ECF Nos. 2, 4)

Pending before the court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a). Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The clerk of the court is directed to issue new case documents, including the scheduling order; and
3. The clerk of the court also is directed to issue summons and service shall proceed

under the court's e-service program with the clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE