UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA JANETTE BRANSON,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security[1]<br>Defendant. | Case No. 1:26-CV-05043-JLT-FJS<br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br>(ECF No. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 11-day extension of time, from October 19, 2026 to October 30, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

on the same week. For the weeks of October 19, 2026 and October 26, 2026 the Plaintiff's Counsel has eleven merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 24, 2026 PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 24, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By: **/s/ Erin Jurrens*
Erin Jurrens
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 24, 2026)

ORDER

Pursuant to the Parties' stipulation (ECF No. 13) and good cause appearing, the court HEREBY ORDERS the following:

(1) Plaintiff's motion for summary judgment shall be due no later than October 30, 2026.

(2) Defendant's cross-motion for summary judgment shall be due no later than November 29, 2026.

(3) Plaintiff's optional reply brief shall be due no later than December 13, 2026.

IT IS SO ORDERED.

Dated: **September 25, 2026**

UNITED STATES MAGISTRATE JUDGE